Johnson v Amadorzabala (2023 NY Slip Op 01459)

Johnson v Amadorzabala

2023 NY Slip Op 01459

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, BANNISTER, AND MONTOUR, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (825/22) CA 22-00540.

[*1]THERESA M. JOHNSON, PLAINTIFF-RESPONDENT,
v
ARNIM P. AMADORZABALA, ALSO KNOWN AS ARNIM P. AMADOR, DEFENDANT-APPELLANT, PV HOLDING CORP., ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.